AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ALEJANDRO VALLEJO-GONZALES,

          Plaintiff,

          v.

DR. ELIZABETH SUITER, JACQUELINE FLUAITT and JEFF UTTECHT,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 12-CV-5084-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Second Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted, except as to Plaintiff's claims arising after June 21, 2012, which are dismissed without prejudice for failure to exhaust administrative remedies.

| | |
|---|---|
| February 20, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |